## ANONYMOUS.

THE court said it was an established rule, when judgment is arrested after verdict for the insufficiency of the declaration, not to tax cost on either side.

## MILLS v. BISHOP.

On final judgment in favor of a plaintiff, after abatement and amendment, the plaintiff shall recover no cost, antecedent to the amendment, excepting writ, duty and officers' fees.

THIS case was determined on pleas in abatement the last term, and the plaintiff allowed to amend on paying cost: Final judgment being now rendered for the plaintiff, he offered his whole cost to be taxed; but it was ruled by the whole court, that the plaintiff should recover no cost antecedent to the abatement, excepting writ, duty, and officers' fees.